are hereby notified that any dissemination, distribution, copying or forwarding of this communication is strictly prohibited. Unauthorized interception of this message may be in violation of the Electronic Communications Privacy Act, 18 U.S.C § 2510 et seq. If you have received this communication in error, please notify us immediately at our Dallas telephone number: (972) 987-5052.

**From:** Howard J. Klatsky <hklatsky@feesmith.com>
**Sent:** Monday, January 24, 2022 12:30 PM
**To:** Brandon J. Tittle
**Subject:** RE: Sports One - Bankruptcy Filing

Thank you. I will reach out to my client as discussed. Can you also send me written proof of current insurance (that you told me your client procured last Friday)?

## Howard J. Klatsky
Senior Partner



Three Galleria Tower
13155 Noel Road
Suite 1000
Dallas, Texas 75240
P  972-980-3494
F  972.934-9200
www.feesmith.com

CONFIDENTIALITY NOTICE: This e-mail and any files accompanying its transmission are intended only for the recipient to whom they are addressed. This transmission may be: (1) subject to the attorney-client privilege, (2) subject to the attorney work product privilege, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy, or disseminate this information. If you have received this in error, please notify the sender (only) and delete the message. Unauthorized interception, disclosure, copying, forwarding, or other distribution of this e-mail, including its attachments, is a violation of federal criminal law.

This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Thank you for your cooperation.

**From:** Brandon J. Tittle [mailto:btittle@tittlelawgroup.com]
**Sent:** Monday, January 24, 2022 12:01 PM
**To:** Howard J. Klatsky <hklatsky@feesmith.com>
**Subject:** Sports One - Bankruptcy Filing

Howard:

Attached for your review are the Chapter 11 Petitions for Sports One Superstores and Texas Holdings Firm Corporation that were filed last Thursday, January 20, 2022.

Please let me know as soon as possible when my client will be allowed access to the premises.  The continued lockout after the petitions were filed is a violation of the automatic stay pursuant to Section 362 of the Bankruptcy Code and

could subject your client to damages. But as I stated on the phone earlier, it would be better to work through the issues amicably since my client desires to cure all defaults and assume the lease.



**BRANDON J. TITTLE**
**FOUNDING PARTNER**
Tittle Law Group, PLLC
5550 Granite Parkway, Suite 220
Plano, Texas
75024

T: 972-987-5094
M: 817-372-3462
www.tittlelawgroup.com

IMPORTANT\CONFIDENTIAL: This message contains information from the law firm of Tittle Law Group, PLLC that may be subject to the attorney-client or work product doctrine, or may be otherwise confidential and exempt from disclosure under applicable law. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is this message intended to reflect an intention to make an agreement by electronic means. DO NOT COPY OR FORWARD TO UNAUTHORIZED PERSONS. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying or forwarding of this communication is strictly prohibited. Unauthorized interception of this message may be in violation of the Electronic Communications Privacy Act, 18 U.S.C § 2510 et seq. If you have received this communication in error, please notify us immediately at our Dallas telephone number: (972) 987-5052.

# R. Luke Graham

| | |
|---|---|
| **From:** | R. Luke Graham |
| **Sent:** | Wednesday, January 26, 2022 12:45 PM |
| **To:** | R. Luke Graham |
| **Subject:** | FW: Sports One - Bankruptcy Filing |

**TITTLE Law Group**
— A Professional Limited Liability Corporation —

*Standing tall when it matters most*

**R. LUKE GRAHAM**
ASSOCIATE ATTORNEY
Tittle Law Group, PLLC
5550 Granite Parkway, Suite 220
Plano, Texas
75024

T: 972-987-5139
www.tittlelawgroup.com

IMPORTANT\CONFIDENTIAL: This message contains information from the law firm of Tittle Law Group, PLLC that may be subject to the attorney-client or work product doctrine, or may be otherwise confidential and exempt from disclosure under applicable law. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is this message intended to reflect an intention to make an agreement by electronic means. DO NOT COPY OR FORWARD TO UNAUTHORIZED PERSONS. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying or forwarding of this communication is strictly prohibited. Unauthorized interception of this message may be in violation of the Electronic Communications Privacy Act, 18 U.S.C § 2510 et seq. If you have received this communication in error, please notify us immediately at our Dallas telephone number: (972) 987-5052.

**From:** Howard J. Klatsky <hklatsky@feesmith.com>
**Sent:** Tuesday, January 25, 2022 3:14 PM
**To:** Brandon J. Tittle <btittle@tittlelawgroup.com>
**Cc:** 'Robert Nicoud' <rmnicoud@dallas-law.com>
**Subject:** RE: Sports One - Bankruptcy Filing
**Importance:** High

Brandon: My client, Danbury Partners, Ltd., has retained bankruptcy counsel (Robert Nicoud, who is copied on this note) to represent it in this action moving forward. Simply stated, our client is not agreeable to your "full access" request. Mr. Nicoud can/will provide you with the factual bases and legal authority supporting our position. Please direct all future communications intended for Danbury Partners, Ltd. to both me and Mr. Nicoud.
Note: Mr. Nicoud's address is:
Nicoud Law
10440 N. Central Expressway
Suite 800
Dallas, Texas 75231

Thank you in advance for your anticipated professionalism.

**Howard J. Klatsky**
Senior Partner

1



Three Galleria Tower
13155 Noel Road
Suite 1000
Dallas, Texas 75240
P  972-980-3494
F  972.934-9200
www.feesmith.com

CONFIDENTIALITY NOTICE: This e-mail and any files accompanying its transmission are intended only for the recipient to whom they are addressed. This transmission may be: (1) subject to the attorney-client privilege, (2) subject to the attorney work product privilege, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy, or disseminate this information. If you have received this in error, please notify the sender (only) and delete the message. Unauthorized interception, disclosure, copying, forwarding, or other distribution of this e-mail, including its attachments, is a violation of federal criminal law.

This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Thank you for your cooperation.

**From:** Brandon J. Tittle [mailto:btittle@tittlelawgroup.com]
**Sent:** Monday, January 24, 2022 6:32 PM
**To:** Howard J. Klatsky <hklatsky@feesmith.com>
**Subject:** Re: Sports One - Bankruptcy Filing

Howard:

The insurance will be sent to you tomorrow.  Regardless of the insurance, your client is still in violation of the automatic stay.  If my client is not allowed full access of the premises by 5:00 pm tomorrow (CST), we will be forced to file a motion to show cause why your client should not be held in contempt.

Get Outlook for iOS



**BRANDON J. TITTLE**
**FOUNDING PARTNER**
Tittle Law Group, PLLC
5550 Granite Parkway, Suite 220
Plano,Texas
75024

T: 972-987-5094
M:817-372-3462
www.tittlelawgroup.com

IMPORTANT\CONFIDENTIAL: This message contains information from the law firm of Tittle Law Group, PLLC that may be subject to the attorney-client or work product doctrine, or may be otherwise confidential and exempt from disclosure under applicable law. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is this message intended to reflect an intention to make an agreement by electronic means. DO NOT COPY OR FORWARD TO UNAUTHORIZED PERSONS. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying or forwarding of this communication is strictly prohibited. Unauthorized interception of this message may be in violation of the Electronic Communications Privacy Act, 18 U.S.C § 2510 et seq. If you have received this communication in error, please notify us immediately at our Dallas telephone number: (972) 987-5052.

**From:** Howard J. Klatsky <hklatsky@feesmith.com>
**Sent:** Monday, January 24, 2022 12:30 PM
**To:** Brandon J. Tittle
**Subject:** RE: Sports One - Bankruptcy Filing

Thank you. I will reach out to my client as discussed. Can you also send me written proof of current insurance (that you told me your client procured last Friday)?

## Howard J. Klatsky
Senior Partner



Three Galleria Tower
13155 Noel Road
Suite 1000
Dallas, Texas 75240
P  972-980-3494
F  972.934-9200
www.feesmith.com

CONFIDENTIALITY NOTICE: This e-mail and any files accompanying its transmission are intended only for the recipient to whom they are addressed. This transmission may be: (1) subject to the attorney-client privilege, (2) subject to the attorney work product privilege, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy, or disseminate this information. If you have received this in error, please notify the sender (only) and delete the message. Unauthorized interception, disclosure, copying, forwarding, or other distribution of this e-mail, including its attachments, is a violation of federal criminal law.

This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

Thank you for your cooperation.

---

**From:** Brandon J. Tittle [mailto:btittle@tittlelawgroup.com]
**Sent:** Monday, January 24, 2022 12:01 PM
**To:** Howard J. Klatsky <hklatsky@feesmith.com>
**Subject:** Sports One - Bankruptcy Filing

Howard:

Attached for your review are the Chapter 11 Petitions for Sports One Superstores and Texas Holdings Firm Corporation that were filed last Thursday, January 20, 2022.

Please let me know as soon as possible when my client will be allowed access to the premises.  The continued lockout after the petitions were filed is a violation of the automatic stay pursuant to Section 362 of the Bankruptcy Code and could subject your client to damages.  But as I stated on the phone earlier, it would be better to work through the issues amicably since my client desires to cure all defaults and assume the lease.



**BRANDON J. TITTLE**
**FOUNDING PARTNER**
Tittle Law Group, PLLC
5550 Granite Parkway, Suite 220
Plano,Texas
75024

T: 972-987-5094
M:817-372-3462
www.tittlelawgroup.com

IMPORTANT\CONFIDENTIAL: This message contains information from the law firm of Tittle Law Group, PLLC that may be subject to the attorney-client or work product doctrine, or may be otherwise confidential and exempt from disclosure under applicable law. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is this message intended to reflect an intention to make an agreement by electronic means. DO NOT COPY OR FORWARD TO UNAUTHORIZED PERSONS. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying or forwarding of this communication is strictly prohibited. Unauthorized interception of this message may be in violation of the Electronic Communications Privacy Act, 18 U.S.C § 2510 et seq. If you have received this communication in error, please notify us immediately at our Dallas telephone number: (972) 987-5052.