

This incident has been reported to the
Arlington Police Department
and is pending approval

**General Information**
Incident Type — Theft
Tracking Number — T22000352
Report Date — 02/22/2022 02:27 PM

**Reporting Person Information**
Name — SPORTS ONESUPERSTORE, ENOCH KIRKWOOD
Home Address — 934 East COPELAND Road, 100, Arlington, TX 76011, US
Home Phone — 682-540-5317
Email — enoch@sportsonesuperstores.com
Work Address — 934 East COPELAND ROAD Road, 100, ARLINGTON, TX 76011, US
Work Phone — 682-540-5317
Race — Black
Ethnicity — Non-hispanic
Sex — Male
DOB — 06/17/1970
Driver License No — 45873166
Licensing State — TX

**Incident Information**
Incident Location — 934 East COPELAND Road, 100, Arlington, TX 76011
Incident Time (start) — 02/20/2022 12:15 PM
Incident Time (end) — 02/22/2022 12:30 PM
Location Type — Specialty Store
Theft Type — All Other
Point of Entry — Door/Front
Point of Exit — Door/Front
Method of Entry — No Force

**Property Information**

Arlington Police Department
620 West Division Street
Arlington, TX 76011
817-459-5654

| | |
|---|---|
| No 1 | |
| Type | Other |
| Brand | CASH |
| Color | Green |
| How Many | 581 |
| Market Value ($) | 5813 |
| Property Description | CASH TAKEN FROM CASH OFFICE |
| No 2 | |
| Type | Structures - Other |
| Brand | SILVER KEY |
| Model | SILVER KEY |
| Color | Silver |
| How Many | 2 |
| Market Value ($) | 179 |
| Property Description | CASH REGISTER KEYS |

Narrative

Incident Description

Please be aware of the following items either missing or destroyed by landlords management company MARK LANIER MANAGEMENT COMPANY.

NOTE: VIDEO TO LARGE TO SEND BUT CAN BE FORWARDED TO YOUR PHONE

Keys to the front cash register system missing.

85' display television screen cracked (see pic attached) tv cost 2800.00 best buy

$5813 missing from the cash office, see below video of video camera's being covered with paper.

Wiring pulled from the DVR & Televisions (total 8) cost to rewire $4956.47

Alarm System not working due to wiring being disabled, there will be a cost to fix & possible rewire.

Print This Report