BTXN 208 (rev. 07/09)

| IN RE: Sports One Superstores Corp.<br><br>DEBTOR | Debtor's Motion For Contempt against Danbury Partners, Ltd., regarding Violations of Automatic Stay and Danbury Partners, ltd. Motion To Compel to Enforce Settlement Agreement | Case # 22−30085−sgj11 |
|---|---|---|

**TYPE OF HEARING**

| Sports One Superstores Corp.<br><br>**PLAINTIFF / MOVANT** | *VS* | Danbury Partners, Ltd's<br><br>**DEFENDANT / RESPONDENT** |
|---|---|---|

| Brandon J. Tittle<br><br>**ATTORNEY** | | Robert M. Nicoud Jr.<br><br>**ATTORNEY** |
|---|---|---|

**EXHIBITS**

| SEE EXHIBIT LIST | SEE EXHIBIT LIST |
|---|---|
| Exhibit #D – Video #1 Timestamped January 22, 2022 | Exhibit #1 – Hearing Transcript March 14, 2022 |
| Exhibit #E – Video #2 Timestamped January 22, 2022 | Exhibit #2 – Hurt email Feb. 15, 2022 |
| | Exhibit #4 – Lanier email to Hurt March, 14 at 8:08 am |
| | Exhibit #5 – Lanier email to Hurt March 14 at 9:23 am |
| | Exhibit #6 – Sports One Statement of Financial Affairs |
| | Exhibit #7 – Sports One Schedules |
| | Exhibit #8 – Texas Holdings Statement of Financial Affairs |
| | Exhibit #9 – Sports One Ch. No. 4323 |

| Michael Edmond | May 2, 2022 | Stacey G. Jernigan |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |