ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Sports One Superstores Corp. | § | Case No.: 22−30085−sgj11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

# NOTICE OF U.S. TRUSTEE MOTION

***PLEASE TAKE NOTICE*** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty−one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

to consider and act upon the following:

Motion to convert case to chapter 7. Objections due by 6/23/2022. (Bublick, Asher)

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

DATED: 6/3/22                                  FOR THE COURT:
                                               Robert P. Colwell, Clerk of Court