

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 30, 2022**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **SPORTS ONE SUPERSTORES CORP.** | § | Case No.  22-30085-SGJ-11 |
| **and TEXAS HOLDINGS FIRM CORP.** | § | |
| | § | **Jointly Administered** |
| _Debtors_. | § | |

### ORDER

On June 30, 2022, came on for hearing the _United States Trustee's emergency motion to dismiss with prejudice or, in the alternative, convert to chapter 7 under 11 U.S.C. § 1112(b)_ [ECF Nos. 86, 87] ("the Motion"). For the reasons stated on the record, the Court finds that the Motion should be GRANTED. The Court therefore **ORDERS ALL OF THE FOLLOWING:**

1.     The above-captioned cases are hereby **CONVERTED** to cases under chapter 7 immediately upon the entry of this Order;

2.     The United States Trustee shall appoint a chapter 7 trustee;

3.     The Debtors shall turn over all property of the estates to the chapter 7 trustee

_____

immediately upon the entry of this Order.

### END OF ORDER ###

Form of Order Prepared by:

*/s/ Asher Bublick*
Asher Bublick
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, Texas 75242
Counsel for the United States Trustee