

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 4, 2022**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| SPORTS ONE SUPERSTORES CORP., § | | Case No. 22-30085-sgj7 |
| § | | |
| Debtor. § | | |
| § | | |

## ORDER GRANTING TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE

On August 3, 2022, the Court held a hearing on the **Trustee's Motion to Sell Property of the Estate** [Docket No. 124] (the "Motion"), filed by Anne Elizabeth Burns as Chapter 7 Trustee (the "Trustee") on July 8, 2022. Based upon the record the Court finds that (a) proper notice pursuant to Bankruptcy Rule 6004(c) was given to all creditors, lien holders and parties-in-interest; (b) this Court has jurisdiction of this Motion under 28 U.S.C. § 1334, (c) this is a core proceeding under 28 U.S.C. § 157, (d) the proposed sale is in the best interests of the Estate, and (e) the sale represents the exercise of good business judgment by the Trustee and should be approved.  It is therefore,

**ORDERED**, that the Motion be and is hereby **GRANTED**, to the extent set forth herein. It is further,

**ORDERED**, that under 11 U.S.C. § 363(b), the Trustee is authorized sell the personal property of the estate consisting of sports merchandise, store fixtures, and office equipment (collectively, the "Property") at one or more online auctions; it is further,

**ORDERED**, that the Trustee be and is hereby authorized to sign any documentation and take all actions necessary to effectuate the auction and sale of the Property; it is further,

**ORDERED**, that under 11 U.S.C. § 363(f), the sale authorized under this Order shall be free and clear of all liens, claims, and encumbrances, with all liens, claims, and encumbrances, if any, attaching to the sale proceeds; and it is further,

**ORDERED**, that the provisions of Federal Rule of Bankruptcy Procedure 6004(h) are waived and that the sale authorized under this Order is authorized immediately upon entry of this Order.

### ### END OF ORDER ###

Order submitted by:

Charles B. Hendricks
State Bar No. 09451050
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7300
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for John Dee Spicer, Chapter 7 Trustee