Charles B. Hendricks
State Bar No. 09451050
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: § § § | | |
| SPORTS ONE SUPERSTORES CORP., § § § | | Case No. 22-30085-sgj7 |
| Debtor. § § | | |

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON AUGUST 30, 2022, WHICH IS FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Anne Elizabeth Burns, Chapter 7 Trustee (the "Trustee") in the above-referenced bankruptcy case gives this **Notice of Trustee's Intent to Abandon Property** pursuant to Bankruptcy Code 554(a) and Bankruptcy Rule 6007(a) and would respectfully show the Court as follows:

An auction was held to sell certain personal property of the Debtor [Docket Nos. 124 and 132]. After completion of the auction, the Trustee has determined all remaining personal property at the subleased office space located at 934 E. Copeland Rd., Suite 100, Arlington, TX 76011 (the "Lease Premises"), which includes all unsold merchandise and office equipment, is of inconsequential value and burdensome to the estate. Therefore, the Trustee is giving this notice of her intent to abandon any and all of the Estate's interest in any of the personal property of the Debtor's located at the Leased Premises.

Dated: August 16, 2022.

Respectfully submitted,

/s/ Leah Duncan
Charles B. Hendricks
State Bar No. 09451050
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns,
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

A Certificate of Service shall be filed contemporaneously herewith.