**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In Re: § <br> § <br> SPORTS ONE SUPERSTORES CORP., § <br> § <br> Debtor. § <br> § | § <br> § <br> Case No. 22-30085-sgj7 <br> § <br> § |

# ORDER APPROVING NOTICE OF TRUSTEE'S
# <u>INTENT TO ABANDON PROPERTY</u>

On this day, the Court considered the **Notice of Trustee's Intent to Abandon Property** [Docket No. ____] (the "Notice") filed by Anne Elizabeth Burns, Chapter 7 Trustee (the "Trustee") in the above-captioned case on August 16, 2022. The Court finds that proper notice was given to the U.S. Trustee, all creditors, and all other parties-in-interest, that no objections were filed or served upon counsel for the Trustee. It is, therefore,

**ORDERED**, that the abandonment is **APPROVED** under 11 U.S.C. § 554(a); and it is further,

**ORDERED**, that any and all of the Estate's interest in any of the Debtor's personal property located at the Leased Premises is hereby abandoned.

### ### END OF ORDER ###

Order drafted by:

Charles B. Hendricks
State Bar No. 09451050
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns, Chapter 7 Trustee