

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 6, 2022**

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| SPORTS ONE SUPERSTORES CORP., | § § | Case No. 22-30085-sgj7 |
| Debtor. | § § § | |

## AGREED ORDER APPROVING NOTICE OF TRUSTEE'S
## INTENT TO ABANDON PROPERTY

On this day, the Court considered the **Notice of Trustee's Intent to Abandon Property** [Docket No. 135] (the "Notice") filed by Anne Elizabeth Burns, Chapter 7 Trustee (the "Trustee") in the above-captioned case on August 16, 2022, and the **Response and Limited Objection to Trustee's Notice of Intent to Abandon Property** [Docket No. 139] (the "Response") filed by Enoch Kirkwood on August 30, 2022. The Court finds that proper notice was given to the U.S. Trustee, all creditors, and all other parties-in-interest, that besides the Response no other objections were filed or served upon counsel for the Trustee. It is, therefore,

**ORDERED**, that the abandonment is **APPROVED** under 11 U.S.C. § 554(a); and it is further,

**ORDERED**, that any and all of the Estate's interest in any of the Debtor's personal property located at the Leased Premises is hereby abandoned and such property is no longer property of the Estate.

### ### END OF ORDER ###

Approved as to form:

/s/ Leah Duncan
Charles B. Hendricks
State Bar No. 09451050
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns, Chapter 7 Trustee

/s/ Clayton L. Everett    (by L. Duncan with permission via email 9/6/2022)
Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St
Arlington, TX 76010
Phone: (817) 704-3984
Fax: (817) 524-6686
Email: clayton@norredlaw.com

Attorney for Enoch Kirkwood