Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns,
Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| SPORTS ONE SUPERSTORES CORP., | § § | Case No. 22-30085-sgj7 |
| Debtor. | § § § | |

## FEE APPLICATION COVER SHEET

Application for Compensation of Auctioneer and for Reimbursement of Expenses of Rosen Systems, Inc.

For the time of July 19, 2022 through August 30, 2022

**Capacity:** Auctioneer for Trustee            **Chapter:** 7

**Debtor**:  Sports One Superstores Corp         **Case No.**: 22-30085

**Retainer Received**: $0.00                     **Amount Previously Paid**: $4,676.10

**Amount Requested:**                            **Reductions:**

**Fees**:          $0.00                         **Vol. Fee Reductions**:    $0.00

**Expenses**:      $6,519.63                     **Expense Reductions**:     $0.00

**Other**:         $0.00                         **Total Reductions:**       **$0.00**

**Total:**         **$6,519.63**


/s Leah Duncan                                   September 16, 2022
Emily S. Wall                                    Date

**Application for Compensation of Auctioneer**
**and for Reimbursement of Expenses**                                          Page 1 of 6

Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns,
Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In Re: § § § SPORTS ONE SUPERSTORES CORP., § § Debtor. § § § | Case No. 22-30085-sgj7 |

## APPLICATION FOR COMPENSATION OF
## AUCTIONEER AND FOR REIMBURSEMENT OF EXPENSES

**TO ALL INTERESTED PARTIES:**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON OCTOBER 7, 2022, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Rosen Systems, Inc. ("Rosen Systems"), Auctioneer in the above bankruptcy case, files this Application for Compensation of Auctioneer and for Reimbursement of Expenses, and in support respectfully shows the Court the following:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157(a); 11 U.S.C. §330, and the standing order of reference. This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

## PROCEDURAL STATUS & FACTS RELEVANT TO APPLICATION

2. Sports One Superstores Corp. (the "Debtor") filed its voluntary chapter 7 petition on January 2, 2022.

3. Anne Burns is the duly appointed and acting Chapter 7 Trustee.

4. On July 8, 2022, the Trustee filed a Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances under 11 U.S.C. § 363 [Docket No. 124] (the "Sale Motion").

5. Pursuant to the Order Granting the Sale Motion entered on August 5, 2022 [Docket No. 132], Rosen Systems conducted a sale by public online auction through rosensystems.com of personal property of the estate originating from 2323 Langford Street, Dallas, Texas, from August 3, 2022 through August 10, 2022.

6. As reflected in the Trustee's Report of Sale attached as **Exhibit "A"** to this Application, the sale brought a total of $46,761.01, plus $6.54 cash found onsite, plus 10% buyer's premium of $4,676.10 for a total of $51,443.65 in proceeds.

7. As specified in the Application to Employ Auctioneer and the Order Approving Employment of Auctioneer [Docket Nos. 123 and 129], the auctioneer's compensation is to

retain the 10% buyer's premium after collection. Accordingly, Rosen Systems, Inc. has submitted the full proceeds to the Trustee in the amount of $46,767.55.

8.    Additionally, Rosen Systems requests approval for the reimbursement of its expenses totaling **$6,519.63** as detailed in as detailed in **Exhibit D** to the Report of Sale attached to this Application.

Rosen Systems prays for the Court to enter an Order authorizing the Trustee to immediately pay Rosen Systems, Inc. the sum of **$6,519.63** for reimbursement of expenses; approving the 10% buyer's premium of $4,676.10 previously collected from buyers and retained by Rosen Systems, Inc. for conducting the auction; and for such other and further relief as may be appropriate and just.

Dated: September 16, 2022

Respectfully submitted,

/s/ *Leah Duncan*
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns,
Chapter 7 Trustee

## CERTIFICATION OF PROFESSIONAL

The undersigned hereby certifies that (a) the undersigned is the professional designated by the Applicant with the responsibility in this case for compliance with the Guidelines for Compensation and Expense Reimbursement of Professionals dated Effective January 1, 2001 for the United States Bankruptcy Court for the Northern District of Texas; (b) the undersigned has read this Final Application; (c) to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the guidelines, except as specifically noted in this Final Application; and (d) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Applicant's clients.

/s/ Kyle Rosen
Rosen Systems, Inc.

## CERTIFICATION BY TRUSTEE

I, Anne Elizabeth Burns, the Chapter 7 Trustee in this case, hereby certify that I have read and approved this Application for fees and expenses.

Dated: September 16, 2022.

/s/ Anne Elizabeth Burns
Anne Elizabeth Burns, Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Application was served on September 16, 2022, by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas, on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid on the following parties:

U. S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-1496

Honorable Bankruptcy Judge
Stacey G. C. Jernigan
Attn: Law Clerk
Earle Cabell Federal Building
1100 Commerce Street, 14th Floor
Dallas, Texas 75242

| | |
|---|---|
| Anne Elizabeth Burns<br>900 Jackson Street, Suite 570<br>Dallas, TX 75202 | Sports One Superstores Corp.<br>c/o Enoch Kirkwood, Owner<br>8111 Lyndon B. Johnson Fwy.<br>Suite 552<br>Dallas, TX 75027 |

/s/ Leah Duncan
Leah Duncan