**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In Re: § | |
| § | |
| SPORTS ONE SUPERSTORES CORP., § | Case No. 22-30085-sgj7 |
| § | |
| Debtor. § | |

## ORDER APPROVING APPLICATION FOR COMPENSATION OF AUCTIONEER AND FOR REIMBURSEMENT OF EXPENSES

Came on for consideration the **Application for Compensation of Auctioneer and for Reimbursement of Expenses** [Docket No. _____] (the "Application") filed by Anne Elizabeth Burns, Chapter 7 Trustee, on behalf of Rosen Systems, Inc. After considering the Application and the lack of objections, the Court finds that proper notice of the Application has been served on all creditors and parties in interest, that the compensation of the auctioneer and the expenses of the sale described in the Application are reasonable and appropriate, and that the same should be approved and paid pursuant to 11 U.S.C. § 330(a). It is therefore,

**ORDERED**, that Rosen Systems, Inc. is allowed the retention of its ten percent (10%) buyer's premium as compensation for services rendered as auctioneer. And it is further,

**ORDERED**, that the Trustee is authorized to immediately pay Rosen Systems, Inc. its reimbursable expenses in the amount of $6,519.63 from the proceeds of the sale pursuant to 11 U.S.C § 330.

### ### END OF ORDER ###

Order submitted by:

Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Fax: (214) 573-7399
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns, Chapter 7 Trustee