Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In Re:<br><br>SPORTS ONE SUPERSTORES CORP.,<br><br>Debtor. | § § § § § § § Case No. 22-30085-sgj7 |

**NOTICE OF FILING OF APPLICATION FOR**
**COMPENSATION OF AUCTIONEER AND FOR**
**REIMBURSEMENT OF EXPENSES**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON OCTOBER 7, 2022, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

PLEASE TAKE NOTICE THAT on September 16, 2022, Anne Elizabeth Burns, Chapter 7 Trustee, ("Trustee"), filed an **Application for Compensation of Auctioneer and for Reimbursement of Expenses** [Docket No 143] (the "Application"), on behalf of Rosen Systems, Inc. ("Rosen"). In the Application, the Trustee seeks authority for her duly employed auctioneer, Rosen, to retain a 10% buyer's premium as compensation and authority for her to pay expenses of $6,519.63 incurred by Rosen.

In the Application, the Trustee sets forth the underlying facts and details which the Trustee believes are in compliance with sections 330 of the U.S. Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Guidelines for Compensation and Expense Reimbursement of Professionals for the Northern District of Texas and which the Trustee believes support the Court's award to Rosen of the requested commission and expenses.

A copy of the Application may be obtained from the undersigned or from the Clerk of the United States Bankruptcy Court, 1100 Commerce Street, Room 1254, Dallas, Texas 75242-1496 during regular business hours. Any interested party should review the Application in order to acquire a more complete understanding of the facts and details contained therein.

Respectfully submitted,

/s/ Leah Duncan
Leah Duncan
State Bar No. 24114061
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7310
Email: lbundage@chfirm.com

Attorneys for Anne Elizabeth Burns,
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served September 16, 2022 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid on the following:

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-0996

Anne Elizabeth Burns
900 Jackson Street Suite 570
Dallas, TX 75202-4459

Sports One Superstores Corp.
c/o Enoch Kirkwood, Owner
8111 Lyndon B. Johnson Fwy. Suite 552
Dallas, TX 75251-1313

Tarrant County
Linebarger, Goggan, Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

| | |
|---|---|
| Tittle Law Group, PLLC<br>5550 Granite Pkwy, Suite 220<br>Plano, TX 75024-3954 | AT&T Inc.<br>Attn: Legal<br>208 S. Akard St,<br>Dallas, TX, 75202-4206 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney<br>General Bankruptcy<br>Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | Internal Revenue Office Centralized<br>Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Reliant Energy Retail Services, LLC<br>Attention: Bankruptcy Department<br>P.O. Box 1046<br>Houston, TX 77251-1046 | MBC & Associates, LLC<br>Attn: Brian Fox<br>8334 Sterling Street<br>Irving, TX 75063-2593 |
| Tarrant County Tax Assessor<br>100 E. Weatherford Street<br>Fort Worth, TX 76196-0206 | Spectrum<br>Attn: Legal<br>400 Atlantic St<br>Stamford, CT 06901-3512 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Suite 740<br>Santa Ana, CA 92701 | Danbury Partners, LTD<br>c/o Robert M. Nicoud, Jr.<br>NICOUD LAW<br>10440 N. Central Expwy., Suite 800<br>Dallas, TX 75231-2264 |
| Texas Holdings Firm Corporation 8111<br>Lyndon B. Johnson Fwy., Ste. 552<br>Dallas, TX 75251-1392 | AT&T Mobility II LLC<br>c/o T&T Services Inc.<br>Karen A. Cavagnaro Paralegal<br>ONE AT&T WAY, Suite 3A104<br>Bedminster, NJ 07921-2693 |
| Edward Dowd<br>3455 Peachtree Rd. NE Ste 500<br>Atlanta, GA 30326-3236 | Reliant<br>Attn: Legal<br>1000 Main St<br>Houston, TX 77002-6336 |
| Stanley Security<br>Attn: Legal<br>8350 Sunlight Drive<br>Fishers, IN 46037-6700 | |

/s/ Leah Duncan
Leah Duncan