# FIRST AMENDMENT TO LEASE AGREEMENT

THIS FIRST AMENMENT TO LEASE AGREEMENT (this "First Amendment") is made and entered into this _____ day of June, 2021, by and between Danbury Partners, Ltd, a Texas Limited Partnership ("Landlord") and Texas Holdings Firm Corporation, a Colorado Corporation ("Tenant").

### WITNESSETH:

A. Landlord and Tenant heretofore entered into that certain Lease Agreement dated August 24, 2020 ("the Lease"), pursuant to the terms of which Landlord leased to Tenant and Tenant leased from Landlord those certain Demised Premises ("Premises") situated within the city of Arlington, County of Tarrant, Texas, being a part of a shopping center commonly known as Carriage Plaza Shopping Center, all as more particularly described in the Lease.

B. Lease provides that Tenant shall install bathroom in the Demised Premises and Landlord will reimburse Tenant for the cost of the bathroom installation up to a maximum of $43,000. As an accommodation to the Tenant, Landlord has installed the bathroom in the Demised Premises at its sole cost and expense.

C. Landlord and Tenant desire to document their agreement with respect to the foregoing and amend certain provisions of the Lease as more particularly provided hereafter.

Now, therefore, in consideration of the mutual covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. All capitalized terms utilized in this First Amendment, unless otherwise provided for herein, shall have the meanings ascribed to them in the Lease.

2. Lease Commencement Date defined in Article 1.1(l) shall be established as June 1, 2021.

3. Tenant accepts the Demised Premises "AS IS" in its condition on June 1, 2021. Tenant acknowledges and accepts the bathroom as provided on June 1, 2021.

4. Landlord has fulfilled its obligation under Article 29.17 of the Lease and has no further liability or obligation to reimburse Tenant for any past or future improvement work or expense.

5. Under the terms of the Lease, Tenant is provided six (6) months of free Minimum Guaranteed Rent beginning on the Commencement Date. Pursuant to Article 1.1 (n), Minimum Guaranteed Rent in the amount of $4,327/month will commence on December 1, 2021. The Minimum Guaranteed Rent provisions of Article 1.1 (n) are not amended.

First Amendment to Lease Agreement
Texas Holdings Firm Corporation
Page 2

6. Landlord agrees to abate Tenant's proportionate share of common area maintenance charges, property tax escrows and insurance for the months of June and July, 2021. Tenant's proportionate share of common area maintenance charges, property tax escrows and insurance will begin August 1, 2021.

7. Except as expressly amended hereby, all terms and provisions of the Lease (to the extent not inconsistent herewith or not modified hereby) shall remain in full force and effect, and Landlord and Tenant do hereby ratify, confirm and adopt the Lease, as amended hereby.

8. This First Amendment shall become effective only upon execution and delivery by both Landlord and Tenant.

Executed as of the date set forth above.

LANDLORD

Danbury Partner, Ltd

By: LL&B Resources, Inc
     General Partner

By: _____
Name: Paul Buller
Title: President

TENANT

Texas Holdings Firm Corporation

By: _____
Name: Bob Cole Williams
Title: President of Op___