| EXHIBIT "C" | | |
|---|---|---|
| DANBURY - POST PETITION EXPENSES - JUNE 30 - SEPTEMBER 6 2022 | | |
| **Rents** | | |
| | July | 6,165.11 |
| | late fee | 616.51 |
| | August | 6,165.11 |
| | late fee | 616.51 |
| | Sept (thru 6th) | 1,233.02 |
| | late fee | 123.30 |
| | Sub-total | 14,919.56 |
| **Space Preps** | | |
| | Support Wall - July 6 (Abel Buids) | 1,082.50 |
| | Clean & Show permt - July 18 (City of Arlington) | 80.00 |
| | Demo Plan & Permit by GC - Sept 1 (Abel Builds) | 3,247.50 |
| | Sub-total | 4,410.00 |
| **Utilities** | | |
| | Electricity - July 18 - Aug 10 | 1,058.42 |
| | Electricity - Aug 11 - Sept 10 | 561.05 |
| | Water - 6/30 - 7/27 | 74.75 |
| | Water - 7/28 - 8/29 | 112.13 |
| | Water - 8/30 - 9/06 | 14.89 |
| | Gas - 6/30 - 7/7 | 0.56 |
| | Gas - 7/8 - 8/5 | 11.11 |
| | Gas - 8/6 - 9/7 | 11.36 |
| | Sub-total | 1,844.27 |
| **Lanier Mgt** | | |
| | On-site + travel time - 21.33 hours | 1,066.50 |
| | Phone - 2.8 hours | 140.00 |
| | Email - 27.125 hours | 1,356.25 |
| | Clean & show permit - 8 hours | 400.00 |
| | Mileage - 248.9 miles @62.5 cents/mile | 155.56 |
| | Sub Total | 3,118.31 |
| **Grand Total** | | 24,292.14 |
| | Note: Abandonment order signed Sept 6 | |
| | Landlord was notified on Sept 7 | |