Texas Holdings Firm Corporation
8111 Lyndon B. Johnson Fwy.
Suite 552
Dallas, TX 75251-1392

Tarrant County
Linebarger, Goggan, Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

Canon Financial Services, Inc.
Attn: Legal
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054-1716

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

Dallas County Tax Office
500 Elm Street
Suite 3300
Dallas, Texas 75202-3330

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

U.S. Small Business Administration
200 V. Santa Ana Blvd, Ste 740
Santa Ana, CA 92701-7534

U.S. Small Business Administration
Office of General Counsel
409 3rd Street SW
Washington, DC 20416-0011

Internal Revenue Office
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Brandon J. Tittle
Tittle Law Group, PLLC
5550 Granite Pkwy
Suite 290
Plano, TX 75024-4101

Sports One Superstores Corp.
8111 Lyndon B. Johnson Fwy.
Suite 552
Dallas, TX 75251-1313

Tarrant County Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196-0206

AT&T Inc.
Attn: Legal
208 S. Akard St,
Dallas, TX, USA 75202-4206

AT&T Mobility II LLC
UT6T SERVICES INC.
KAREN A. CAVACINARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

Edward Dowd
3455 Peachtree Rd. NE Ste 500
Atlanta, GA 30326-3236

MBC 6 Associates, LLC
Attn: Brian Fox
8334 Sterling Street
Irving, Tx. 75063-2593

Reliant
Attn: Legal
1000 Main St
Houston, TX 77002-6336

Reliant Energy Retail Services, LLC
Attention: Bankruptcy Department
P.O. Box 1046
Houston, TX 77251-1046

Spectrum
Attn: Legal
400 Atlantic St
Stamford, CT 06901-3512

Stanley Security
Attn: Legal
8350 Sunlight Drive
Fishers, Indiana 46037-6700

Rosen Systems, Inc.
2323 Langford Dr.
Dallas, TX 75208-2122

Cavazos Hendricks Poirot, P.C.
900 Jackson St.
Suite 570
Dallas, TX 75202-2413

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

Elizabeth Ann Burns
900 Jackson St., Suite 570
Dallas, TX 75202-4459

Clayton L. Everett
NORRED LAW, PLLC
515 E. Border St.
Arlington, TX 76010