Robert M. Nicoud, Jr.
State Bar No. 15017900
NICOUD LAW
10440 N. Central Expwy., Suite 800
Dallas, Texas 75231
(214) 540-7542 - Telephone
(214) 265-6501 - Facsimile
Email: rmnicoud@dallas-law.com

ATTORNEYS FOR DANBURY PARTNERS, LTD.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SPORTS ONE SUPERSTORES CORP. | § § § § | CASE NO. 22-30085-sgj |
| Debtor | § | CHAPTER 7 |

**CERTIFICATE OF NO OBJECTIONS TO APPLICATION OF DANBURY PARTNERS, LTD. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

NOW COMES Danbury Partners, Ltd. and files this Certificate of No Objections and would show as follows:

**1.** On October 5, 2022 the undersigned filed the **APPLICATION OF DANBURY PARTNERS, LTD. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (Chapter 7 expenses from June 30 to September 7, 2022)** (the Application) (ECF Doc. 146)**.**

**2.** On the same date the Application was served on all parties in interest with an objection deadline of October 26, 2022.

**3.** As of this date the undersigned certifies that no objections to the Application have been filed or received.

Dated: October 31, 2022.

Respectfully submitted.

/s/ *Robert M. Nicoud, Jr.*
Robert M. Nicoud, Jr.
SBN 15017900
Nicoud Law
10440 N. Central Expressway
Suite 800
Dallas, Texas 75231
(214) 540-7542
(214) 265-6501 fax
rmnicoud@dallas-law.com