Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 22-30085 SGJ  
**Case Name:** Sports One Superstores Corp  
**Period Ending:** 04/26/23

**Trustee:** Anne Elizabeth Burns  
**Filed (f) or Converted (c):** 06/30/22 (c)  
**§341(a) Meeting Date:** 07/27/22  
**Claims Bar Date:** 11/21/22

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 5,900.00 | 6.54 | | 6.54 | FA |
| 2 | Bank of America Checking 6425 | 129,041.00 | 1.00 | | 0.00 | FA |
| 3 | Sports merchandise 500,000 Liquidation | 200,000.00 | 36,447.04 | | 36,447.04 | FA |
| 4 | Store Fixtures | 80,000.00 | 3,039.92 | | 3,039.92 | FA |
| 5 | Filing cabinets, desks, office chairs 50,000 Liquidation | 20,000.00 | 7,274.05 | | 7,274.05 | FA |
| 6 | Sportsonesuperstores.com 7,200 | Unknown | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$434,941.00** | **$46,768.55** | | **$46,767.55** | **$0.00** |

**Major activities affecting case closing:**
STATUS AS OF 04/26/2023:

Asset #2: Update - Investigation of BOFA accounts completed. No Debtor accounts found.

Claims: Trustee has completed review of claims.

Professionals: Trustee's counsel's fee application approved per DN 164. Trustee's accountant's fee application pending at DN 165.

STATUS AS OF 09/30/2022:

On 01/20/2022 Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, in the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division. The case was converted to a case under Chapter 7 on 06/30/2022.

Asset #1: Cash found by auctioneer and turned over with auction proceeds.

Asset #2: Trustee made demand on Bank of America for turnover of bank balance the day of Trustee's appointment. Bank had no record of account. Trustee filed Notice of Subpoena to Bank of America to further investigate whereabouts of funds. Trustee also filed a Notice of Subpoena to Navy Federal Credit Union after finding check stock at Debtor's business.

Asset #3-5: Sale of Debtor's inventory, furniture, equipment, and fixtures via online auction per DN 132.

Professionals: Order granting employment of Cavazos Hendricks Poirot, P.C. [130] entered on 08/03/2022. Order granting employment of Auctioneer Rosen Systems, Inc. [129] entered on 08/03/2022. Order granting employment of Sheldon Levy, CPA [149] entered on 10/11/2022.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Initial Projected Date of Final Report (TFR):** October 31, 2023      **Current Projected Date of Final Report (TFR):** October 31, 2023

| April 26, 2023 | /s/ Anne Elizabeth Burns |
|---|---|
| Date | Anne Elizabeth Burns |