**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: Sports One Superstores Corp | § | Case No. 22-30085-sgj7 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 01/20/2022. The case was converted to one under Chapter 7 on 06/30/2022. The undersigned trustee was appointed on 07/01/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $       46,767.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 378.75 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 46,388.80 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/21/2022 and the deadline for filing governmental claims was 12/27/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,426.76. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,426.76, for a total compensation of $5,426.76.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $37.50, for total expenses of $37.50.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  06/12/2023                              By:  /s/ Anne Elizabeth Burns
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

FORM 1    Exhibit A
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case Number: | 22-30085 SGJ | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|
| Case Name: | Sports One Superstores Corp | Filed (f) or Converted (c): | 06/30/22 (c) |
| | | §341(a) Meeting Date: | 07/27/22 |
| Period Ending: | 06/12/23 | Claims Bar Date: | 11/21/22 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 5,900.00 | 6.54 | | 6.54 | FA |
| 2 | Bank of America Checking 6425 | 129,041.00 | 1.00 | | 0.00 | FA |
| 3 | Sports merchandise 500,000 Liquidation | 200,000.00 | 36,447.04 | | 36,447.04 | FA |
| 4 | Store Fixtures | 80,000.00 | 3,039.92 | | 3,039.92 | FA |
| 5 | Filing cabinets, desks, office chairs 50,000 Liquidation | 20,000.00 | 7,274.05 | | 7,274.05 | FA |
| 6 | Sportsonesuperstores.com 7,200 | Unknown | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$434,941.00** | **$46,768.55** | | **$46,767.55** | **$0.00** |

**Major activities affecting case closing:**
STATUS AS OF 04/26/2023:

Asset #2: Update - Investigation of BOFA accounts completed. No Debtor accounts found.

Claims: Trustee has completed review of claims.

Professionals: Trustee's counsel's fee application approved per DN 164. Trustee's accountant's fee application pending at DN 165.


STATUS AS OF 09/30/2022:

On 01/20/2022 Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, in the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division. The case was converted to a case under Chapter 7 on 06/30/2022.

Asset #1: Cash found by auctioneer and turned over with auction proceeds.

Asset #2: Trustee made demand on Bank of America for turnover of bank balance the day of Trustee's appointment. Bank had no record of account. Trustee filed Notice of Subpoena to Bank of America to further investigate whereabouts of funds. Trustee also filed a Notice of Subpoena to Navy Federal Credit Union after finding check stock at Debtor's business.

Asset #3-5: Sale of Debtor's inventory, furniture, equipment, and fixtures via online auction per DN 132.

Professionals: Order granting employment of Cavazos Hendricks Poirot, P.C. [130] entered on 08/03/2022. Order granting employment of Auctioneer Rosen Systems, Inc. [129] entered on 08/03/2022. Order granting employment of Sheldon Levy, CPA [149] entered on 10/11/2022.

**FORM 1**      Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**      Page: 2

**Initial Projected Date of Final Report (TFR):** October 31, 2023      **Current Projected Date of Final Report (TFR):** October 31, 2023

| June 12, 2023 | /s/ Anne Elizabeth Burns |
|---|---|
| Date | Anne Elizabeth Burns |

Exhibit B

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 22-30085 SGJ | | Trustee: | Anne Elizabeth Burns |
| --- | --- | --- | --- | --- |
| Case Name: | Sports One Superstores Corp | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******6931 - Checking |
| Taxpayer ID#: | **-***5324 | | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 06/12/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/22 | | Rosen Systems, Inc. | Auction Sale Proceeds - DN 124, 132 | | | 46,767.55 | | 46,767.55 |
| 08/31/22 | Asset #1 | | Cash found by auctioneer and reported in ROS DN [141]. | 6.54 | 1129-000 | | | 46,767.55 |
| 08/31/22 | Asset #3 | | Auction Sale Proceeds - DN 124, 132 | 36,447.04 | 1129-000 | | | 46,767.55 |
| 08/31/22 | Asset #4 | | Auction Sale Proceeds - DN 124, 132 | 3,039.92 | 1129-000 | | | 46,767.55 |
| 08/31/22 | Asset #5 | | Auction Sale Proceeds - DN 124, 132 | 7,274.05 | 1129-000 | | | 46,767.55 |
| 08/31/22 | | | | | | | | 46,767.55 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 76.00 | 46,691.55 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 75.87 | 46,615.68 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 75.75 | 46,539.93 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 75.63 | 46,464.30 |

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 22-30085 SGJ | Trustee: | Anne Elizabeth Burns |
|---|---|---|---|
| Case Name: | Sports One Superstores Corp | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******6931 - Checking |
| Taxpayer ID#: | **-***5324 | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 06/12/23 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 75.50 | 46,388.80 |

|  | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 46,767.55 | 378.75 | $46,388.80 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 46,767.55 | 378.75 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$46,767.55** | **$378.75** | |

| | | |
|---|---|---|
| Net Receipts: | $46,767.55 | |
| Net Estate: | $46,767.55 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6931** | 46,767.55 | 378.75 | 46,388.80 |
| | **$46,767.55** | **$378.75** | **$46,388.80** |

# Exhibit C
# Claims Register

**Case: 22-30085-SGJ    Sports One Superstores Corp**

Total Proposed Payment: $46,388.80                                                      Claims Bar Date: 11/21/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Anne Elizabeth Burns<br>900 Jackson Street<br>Suite 570<br>Dallas, TX 75202<br>2100-00  Trustee Compensation, 200 | Admin Ch. 7<br>08/31/22 | | $5,426.76<br>$5,426.76 | $0.00<br>$5,066.55 | $5,426.76 |
| | Rosen Systems, Inc.<br>2323 Langford Street<br>Dallas, TX 75208<br>3992-00  Other Professional Expenses, 200 | Admin Ch. 7<br>11/10/22 | 10-11-2022 -- Order on Rosen Fee App entered [DN 150] | $0.00<br>$6,519.63 | $0.00<br>$6,086.88 | $6,519.63 |
| | Danbury Partners, Ltd.<br>2990-00  Other Chapter 7 Administrative Expenses, 200 | Admin Ch. 7<br>11/10/22 | 11-02-2022 -- Order on Danbury's Admin Expense Claim [DN 157] | $0.00<br>$24,292.14 | $0.00<br>$22,679.72 | $24,292.14 |
| | Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street<br>Suite 570<br>Dallas, TX 75202<br>3110-00  Attorney for Trustee Fees (Trustee Firm), 200 | Admin Ch. 7<br>02/16/23 | 02-24-2023 -- Order on CHP Fee App entered DN 164 | $10,021.50<br>$10,021.50 | $0.00<br>$9,356.31 | $10,021.50 |
| | Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street<br>Suite 570<br>Dallas, TX 75202<br>3120-00  Attorney for Trustee Expenses (Trustee Firm), 200 | Admin Ch. 7<br>02/16/23 | 02-24-2023 -- Order on CHP Fee App entered DN 164 | $896.06<br>$896.06 | $0.00<br>$836.58 | $896.06 |
| | Danbury Partners, Ltd.<br>6990-00  Other Prior Chapter Administrative Expenses, 300 | Admin Ch. 11<br>02/16/23 | 06-30-2022: Order Allowing Chapter 11 Admin Expense Claim DN 113 | $24,127.76<br>$24,127.76 | $0.00<br>$0.00 | $24,127.76 |
| | The Tittle Law Group, PLLC<br>5550 Granite Parkway, Suite 220<br>Plano, TX 75024<br>6700-00  Other Professional Fees (Prior Chapter), 300 | Admin Ch. 11<br>02/16/23 | 06-17-2022: Order Granting Chapter 11 Counsel's Fee App DN 101 | $55,520.75<br>$55,520.75 | $0.00<br>$0.00 | $55,520.75 |
| | The Tittle Law Group, PLLC<br>5550 Granite Parkway, Suite 220<br>Plano, TX 75024<br>6710-00  Other Professional Expenses (Prior Chapter), 300 | Admin Ch. 11<br>02/16/23 | 06-17-2022: Order Granting Chapter 11 Counsel's Fee App DN 101 | $569.82<br>$569.82 | $0.00<br>$0.00 | $569.82 |
| | Sheldon E. Levy, CPA<br>6320 Southwest Blvd.<br>Suite 204<br>Fort Worth, TX 76109<br>3410-00  Accountant for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>05/23/23 | 05-18-2023 -- Order Approving Accountant Fee App DN 170 | $1,917.50<br>$1,917.50 | $0.00<br>$1,790.22 | $1,917.50 |
| | Sheldon E. Levy, CPA<br>6320 Southwest Blvd.<br>Suite 204<br>Fort Worth, TX 76109<br>3992-00  Other Professional Expenses, 200 | Admin Ch. 7<br>05/23/23 | 05-18-2023 -- Order Approving Accountant Fee App DN 170 | $75.75<br>$75.75 | $0.00<br>$70.72 | $75.75 |

# Exhibit C
# Claims Register

### Case: 22-30085-SGJ    Sports One Superstores Corp

Total Proposed Payment: $46,388.80                                                                 Claims Bar Date: 11/21/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
|  | Anne Elizabeth Burns<br>900 Jackson Street<br>Suite 570<br>Dallas, TX 75202 | Admin Ch. 7<br>06/08/23 |  | $37.50<br>$37.50 | $0.00<br>$35.01 | $37.50 |
|  | 2200-00   Trustee Expenses, 200 |  |  |  |  |  |
| 1 | Spectrum<br>Attn: Legal<br>400 Atlantic St<br>Stamford, CT 06901 | Unsecured<br>02/16/22 |  | $384.22<br>$384.22 | $0.00<br>$0.00 | $384.22 |
|  | 7100-00   General Unsecured § 726(a)(2), 610 |  |  |  |  |  |
| 2 | Internal Revenue Office<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Priority<br>03/01/22 |  | $1,101.60<br>$1,101.60 | $0.00<br>$0.00 | $1,101.60 |
|  | 5800-00   Claims of Governmental Units, 570 |  |  |  |  |  |
| 3 | Reliant Energy Retail Services, LLC<br>Attention: Bankruptcy Department<br>P.O. Box 1046<br>Houston, TX 77251-9995 | Unsecured<br>04/01/22 |  | $2,503.65<br>$2,503.65 | $0.00<br>$0.00 | $2,503.65 |
|  | 7100-00   General Unsecured § 726(a)(2), 610 |  |  |  |  |  |
| 4 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO<br>PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921 | Unsecured<br>05/17/22 |  | $7,065.34<br>$7,065.34 | $0.00<br>$0.00 | $7,065.34 |
|  | 7100-00   General Unsecured § 726(a)(2), 610 |  |  |  |  |  |
| 5-2 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | Unsecured<br>05/18/22 | Claim amended 7/08/2022 | $250.00<br>$250.00 | $0.00<br>$0.00 | $250.00 |
|  | 7100-00   General Unsecured § 726(a)(2), 610 |  |  |  |  |  |
| 5-2 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | Priority<br>05/18/22 | Claim amended 7/08/2022 | $2,514.06<br>$2,514.06 | $0.00<br>$0.00 | $2,514.06 |
|  | 5800-00   Claims of Governmental Units, 570 |  |  |  |  |  |
| 6-2 | Danbury Partners, Ltd.<br>c/o Nicoud Law<br>10440 N. Central Expressway<br>Suite 800<br>Dallas, TX 75231 | Unsecured<br>05/27/22 | 02-16-2023: Trustee to request claimant amend to unsecured; Claim amended 2/17/2023 | $411,741.63<br>$411,741.63 | $0.00<br>$0.00 | $411,741.63 |
|  | 7100-00   General Unsecured § 726(a)(2), 610 |  |  |  |  |  |

# Exhibit C
# Claims Register

Case: 22-30085-SGJ    Sports One Superstores Corp

Total Proposed Payment: $46,388.80    Claims Bar Date: 11/21/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | United States Trustee<br>1100 Commerce St. Room 976<br>Dallas, TX 75242<br>2950-00   U.S. Trustee Quarterly Fees, 200 | Admin Ch. 7<br>07/11/22 | | $500.00<br>$500.00 | $0.00<br>$466.81 | $500.00 |
| 8 | U.S. Small Business Administration<br>200 W. Santa Ana Blvd Suite 740<br>Santa Ana, CA 92701 | Secured<br>08/17/22 | | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| | | | 02-16-2023: Trustee changed to unsecured in software, Trustee to ask SBA to withdraw or amend to unsecured, changed to unsecured for purposes of draft distribution report to CPA<br><br>02-22-2023: Claim withdrawn by SBA. | | | |
| | 4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI), 100 | | | | | |
| 9 | Spectrum<br>Attn: Legal<br>400 Atlantic St<br>Stamford, CT 06901<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/25/22 | | $470.74<br>$470.74 | $0.00<br>$0.00 | $470.74 |
| 10 | Spectrum<br>Attn: Legal<br>400 Atlantic St<br>Stamford, CT 06901<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/25/22 | | $1,378.05<br>$1,378.05 | $0.00<br>$0.00 | $1,378.05 |
| 11 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>09/13/22 | | $148.50<br>$148.50 | $0.00<br>$0.00 | $148.50 |
| | | | Case Total: | $557,462.96 | $0.00 | $557,462.96 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.:        22-30085-SGJ

Case Name:       Sports One Superstores Corp

Trustee Name:    Anne Elizabeth Burns

**Balance on hand:**                                   $       46,388.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | U.S. Small Business Administration | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:       $        0.00
Remaining balance:                           $   46,388.80

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Anne Elizabeth Burns | 5,426.76 | 0.00 | 5,066.55 |
| Trustee, Expenses - Anne Elizabeth Burns | 37.50 | 0.00 | 35.01 |
| Attorney for Trustee, Fees - Cavazos Hendricks Poirot, P.C. | 10,021.50 | 0.00 | 9,356.31 |
| Attorney for Trustee, Expenses - Cavazos Hendricks Poirot, P.C. | 896.06 | 0.00 | 836.58 |
| Accountant for Trustee, Fees - Sheldon E. Levy, CPA | 1,917.50 | 0.00 | 1,790.22 |
| Fees, United States Trustee | 500.00 | 0.00 | 466.81 |
| Other, Expenses - Danbury Partners, Ltd. | 24,292.14 | 0.00 | 22,679.72 |
| Other, Expenses - Rosen Systems, Inc. | 6,519.63 | 0.00 | 6,086.88 |
| Other, Expenses - Sheldon E. Levy, CPA | 75.75 | 0.00 | 70.72 |

Total to be paid for chapter 7 administration expenses:    $    46,388.80
Remaining balance:                                         $         0.00

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other, Fees - The Tittle Law Group, PLLC | 55,520.75 | 0.00 | 0.00 |
| Other, Expenses - Danbury Partners, Ltd. | 24,127.76 | 0.00 | 0.00 |
| Other, Expenses - The Tittle Law Group, PLLC | 569.82 | 0.00 | 0.00 |

Total to be paid for prior chapter administration expenses:   $        0.00
Remaining balance:                                            $        0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,615.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Internal Revenue Office | 1,101.60 | 0.00 | 0.00 |
| 5-2 | Comptroller of Public Accounts | 2,514.06 | 0.00 | 0.00 |

|   |   |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $423,942.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Spectrum | 384.22 | 0.00 | 0.00 |
| 3 | Reliant Energy Retail Services, LLC | 2,503.65 | 0.00 | 0.00 |
| 4 | AT&T Mobility II LLC | 7,065.34 | 0.00 | 0.00 |
| 5-2 | Comptroller of Public Accounts | 250.00 | 0.00 | 0.00 |
| 6-2 | Danbury Partners, Ltd. | 411,741.63 | 0.00 | 0.00 |
| 9 | Spectrum | 470.74 | 0.00 | 0.00 |
| 10 | Spectrum | 1,378.05 | 0.00 | 0.00 |
| 11 | Navy Federal Credit Union | 148.50 | 0.00 | 0.00 |

|   |   |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**