# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: Sports One Superstores Corp | § | Case No. 22-30085-sgj7 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Anne Elizabeth Burns, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U S Bankruptcy Court
Earle Cabell Building
1100 Commerce Street
Dallas, TX  75242

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: /s/ Anne Elizabeth Burns
                                         Trustee

Anne Elizabeth Burns
900 Jackson Street, Suite 570
Dallas, TX  75202
(214) 573-7343
aburns@chfirm.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re:   Sports One Superstores Corp   § Case No. 22-30085-sgj7
§
§
Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATION FOR COMPENSATION

*The Final Report shows receipts of* $ 46,767.55

*and approved disbursements of* $ 378.75

*leaving a balance on hand of* [1] $ 46,388.80

**Balance on hand:** $ 46,388.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | U.S. Small Business Administration | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 46,388.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Anne Elizabeth Burns | 5,426.76 | 0.00 | 5,066.55 |
| Trustee, Expenses - Anne Elizabeth Burns | 37.50 | 0.00 | 35.01 |
| Attorney for Trustee, Fees - Cavazos Hendricks Poirot, P.C. | 10,021.50 | 0.00 | 9,356.31 |
| Attorney for Trustee, Expenses - Cavazos Hendricks Poirot, P.C. | 896.06 | 0.00 | 836.58 |
| Accountant for Trustee, Fees - Sheldon E. Levy, CPA | 1,917.50 | 0.00 | 1,790.22 |
| Fees, United States Trustee | 500.00 | 0.00 | 466.81 |
| Other, Expenses - Danbury Partners, Ltd. | 24,292.14 | 0.00 | 22,679.72 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other, Expenses - Rosen Systems, Inc. | 6,519.63 | 0.00 | 6,086.88 |
| Other, Expenses - Sheldon E. Levy, CPA | 75.75 | 0.00 | 70.72 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 46,388.80 |
| Remaining balance: | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other, Fees - The Tittle Law Group, PLLC | 55,520.75 | 0.00 | 0.00 |
| Other, Expenses - Danbury Partners, Ltd. | 24,127.76 | 0.00 | 0.00 |
| Other, Expenses - The Tittle Law Group, PLLC | 569.82 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for prior chapter administration expenses: | $ 0.00 |
| Remaining balance: | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,615.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Internal Revenue Office | 1,101.60 | 0.00 | 0.00 |
| 5-2 | Comptroller of Public Accounts | 2,514.06 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $423,942.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Spectrum | 384.22 | 0.00 | 0.00 |
| 3 | Reliant Energy Retail Services, LLC | 2,503.65 | 0.00 | 0.00 |
| 4 | AT&T Mobility II LLC | 7,065.34 | 0.00 | 0.00 |
| 5-2 | Comptroller of Public Accounts | 250.00 | 0.00 | 0.00 |
| 6-2 | Danbury Partners, Ltd. | 411,741.63 | 0.00 | 0.00 |
| 9 | Spectrum | 470.74 | 0.00 | 0.00 |
| 10 | Spectrum | 1,378.05 | 0.00 | 0.00 |
| 11 | Navy Federal Credit Union | 148.50 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/ Anne Elizabeth Burns
Trustee

Anne Elizabeth Burns
900 Jackson Street
Suite 570
Dallas, TX  75202
(214) 573-7343
aburns@chfirm.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**